JS-6

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
  E-Mail: ashley@lbbslaw.com
ELISE D. KLEIN, SB# 111712
  E-Mail: klein@lbbslaw.com
LESLIE A. POLIZZOTTO, SB# 261242
  E-Mail: polizzotto@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA and
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ESPERANZA MOPERA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a business entity of unknown origin; LOTSOLUTIONS, INC., a Florida corporation; BANK OF AMERICA CORPORATION, a Delaware Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. CV 12-04950 (MWF) FFMx (Hon. Michael W. Fitzgerald) <br><br> **ORDER DISMISSING ACTION** <br><br> [Filed concurrently with Stipulation Dismissing Action] <br><br> Action Filed: March 26, 2012 <br> Trial Date: None Set |

Based on the stipulation of the parties, this action hereby is dismissed with prejudice, each party to bear her or its own costs.

Dated: September 10, 2012

_____
HON. MICHAEL W. FITZGERALD
Judge Presiding

4819-7861-3264.1

[PROPOSED] ORDER DISMISSING ACTION